NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: VR Global Partners, L.P. v. Petróleos de Venezuela, S.A.   Docket No.: 24-1176

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Zachary Melvin

Firm: Paul Hastings LLP

Address: 200 Park Avenue, New York, NY 10166

Telephone: 212-318-6461   Fax: 212-752-3561

E-mail: zacharymelvin@paulhastings.com

Appearance for: Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. (Defendant-Appellees)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kurt W. Hasson, Paul Hastings LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 15, 2024   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Zachary Melvin

Type or Print Name: Zachary Melvin